## Third Department, March, 1932.

In the Matter of the Claim of Abraham Greenberg, Appellant, against Sunlight Electric Company and Royal Indemnity Company, Respondents. State Industrial Board, Respondent.— Motion denied, on the authority of *Matter of Coyle v. Howell, Fields & Goddard, Inc.* (228 App. Div. 388).

In the Matter of the Claim of Maria Rossi, Respondent, against George Waryold, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Lida Mulholland, Respondent, against Grant & Fennel and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Elizabeth O'Connor and Others, Respondents, against A. O. C. Contracting Corporation, Appellant, and Massachusetts Bonding and Insurance Company, Respondent. State Industrial Board, Respondent.— Motion by the employer for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Maria Belloni and Others, Respondents, against A. O. C. Contracting Corporation, Appellant, and Massachusetts Bonding and Insurance Company, Respondent. State Industrial Board, Respondent. — Motion by the employer for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Nella M. Repstad, Widow, on Behalf of Herself and Others, etc., Respondent, against Goodwin-Gallagher Sand and Gravel Corporation and Another, Appellants. State Industrial Board, Respondent. — Award reversed, with costs against the State Industrial Board to abide the event, and claim remitted, on the ground that there is no evidence to sustain the finding that the deceased suffered a dislocation of the spine and other injuries, causing his death, while coupling the locomotive to the car, there being lack of evidence to account for all of deceased's movements between the time of such coupling operation and the time when he was found dead in his bed, in his home, later that day. All concur, except Hill and McNamee, JJ., who dissent and vote to affirm the award.

In the Matter of the Claim of Charles Keller, Respondent, against Elmer Sherwood, Employer, and Lumber Mutual Insurance Company of New York, Appellant. State Industrial Board, Respondent.*—Award affirmed, with costs to the employer against the insurance carrier. All concur, except McNamee, J., who dissents and votes for reversal.

In the Matter of the Claim of Cosimo Possomato, Respondent, against New York, Ontario and Western Railway Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Ted Dugas, Appellant, against Frontier Painting Corporation, Employer; State Insurance Fund. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

*Affd., 259 N. Y. 640.